**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:  Tiawana Martina Matthews                Case #:  08-32145-KRH
                                                Chapter 7

## SCHEDULE OF UNPAID DEBTS

I hereby certify under the penalty of perjury that the following debts are the only debts that I have incurred since the commencement of the original bankruptcy case.  This statement is true and correct to the best of my knowledge and belief.

King's Creek Plantation
191 Cottage Cove Lane
Williamsburg, VA  23185

Comcast
5401 Staples Mill Rd.
Richmond, VA  23223

AT&T
P.O. Box 536216
Atlanta, GA  30353

Progressive
P.O. Box 31260
Tampa, FL  33631

Sprint
P.O. Box 4191
Carol Stream, IL  60197

Plain Green
P.O. Box 270
Box Elder, MT  59521

Carl B. Weiss, MD
5711 Chamberlayne Rd.
Richmond, VA  23227

The Pellettieri Group
1717 Park St., Suite 105
Naperville, IL  60563

Check Into Cash Advance
3059 Mechanicsville, Turnpike
Richmond, VA  23223


<u>/s/Tiawana Martina Matthews</u>          <u>October 3, 2012</u>
<u>Tiawana Martina Matthews</u>               Date